UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

In re ) Case No. _____
 )
 ) NOTICE OF DEBTOR'S
 ) AMENDMENT OF MAILING LIST
Debtor(s) ) OR SCHEDULES D, E, F, E/F, G AND/OR H

**I. FILING INSTRUCTIONS FOR DEBTOR(S):**
  A. File this form to add or delete creditors from the mailing list and/or Schedules D, E, F, E/F, G and/or H, or change the amount or classification of a debt listed on schedules D, E, F and/or E/F. An amendment filing fee is required.
  B. If filing in paper, you must also include a creditor mailing list with ONLY the NEW or DELETED creditors listed in the format set forth on Local Form 104. Be sure to label each set of changes (i.e., "Add", "Delete", etc.).
  C. If amending Schedules D, E, F, E/F, G and/or H, label them as "Supplemental" and include ONLY the NEW information, and file them with this notice.
  D. If amending Schedules D, E, F and/or E/ F, you must also file Official Form 106Sum for individual debtors, or Official Form 206Sum for non-individual debtors.
  E. If the case is closed, you must also file a separate Motion to Reopen with the applicable filing fee.
  F. To file an address change for a previously listed creditor, use Local Form 101C instead of this form.

**II. SERVICE INSTRUCTIONS FOR DEBTOR(S):**
  A. **When adding creditors**: Serve each new creditor with a copy of this notice, and a copy of any of the following documents that have already been filed in this case:
   1. **(All chapters)** The Notice of the Meeting of Creditors that includes **all 9 digits** of any Social Security Number (SSN) or Individual Taxpayer Identification Number (ITIN).
   2. **(All chapters)** Each applicable amended schedule.
   3. **(All chapters)** When the time for filing a timely proof of claim or complaint under 11 USC §523(c) or §727 has expired, a separate notification that adding the creditor may not result in discharge of the debt. [Note: You must create this notification.]
   4. **(Chapter 7 or 11)** Any order, and any supplemental order, fixing time for filing a proof of claim form.
   5. **(Chapter 9, 11, 12, or 13)** (a) The notice of any pending confirmation hearing, all related documents required to be sent with that notice and, in a Chapter 13 case, the most recent proposed plan; or (b) the most recent confirmation order, the most recent confirmed plan, and, if a confirmed Chapter 11 plan, the approved disclosure statement related to the confirmed plan.
   6. **(Chapter 11, 12 or 13)** Any notice of modification of plan, including attachments, if time for objection has not expired.
   7. **(Chapter 9 or 11 only)** The names and addresses of the Chairperson and any attorney for each official Committee of Creditors or Equity Security Holders.
   8. (**Chapter 9 or 11**) The notice of any pending hearing on a proposed disclosure statement, with attachments.
  B. **When deleting creditors, changing a creditor status (e.g., nondisputed to disputed), or reducing a creditor's claim:** Serve each affected creditor with a copy of this notice, the applicable amended schedule(s), and the following:
   1. **(All chapters)** A notice to each deleted creditor that: (a) the creditor is being deleted and will not receive further notices unless the creditor files a written request with the court that includes the debtor's name, full case number, and the creditor's name and mailing address; and (b) if time has been fixed to file a proof of claim, the creditor should contact his/her attorney with any claims questions.
   2. **(Chapter 9 or 11)** A notice to each affected creditor that a proof of claim must be filed by the later of either (a) 30 days from the service date of this notice, or (b) the latest time fixed by the court.

**III. CERTIFICATE OF COMPLIANCE:**
   The undersigned, who is the debtor or debtor's attorney, certifies that: (A) all applicable requirements above have been completed; AND (B) the attachments are true and correct [or were individually verified by the debtor(s)].

Dated: _____
 _____
 Signature

 _____
 Type or Print Signer's Name **AND** Phone No.

 _____
 Debtor's Address & Taxpayer ID#(s) (last 4 digits)

728 (12/1/15)

Fill in this information to identify your case:

Debtor 1 **David Morgan Van Wie**
  First Name   Middle Name   Last Name

Debtor 2
(Spouse if, filing)  First Name   Middle Name   Last Name

United States Bankruptcy Court for the: DISTRICT OF OREGON-CH.7

Case number 18-62424-tmr7
(if known)

■ Check if this is an amended filing

# Official Form 106Sum
## Summary of Your Assets and Liabilities and Certain Statistical Information  12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1: Summarize Your Assets

**Your assets**
Value of what you own

1. **Schedule A/B: Property** (Official Form 106A/B)
   1a. Copy line 55, Total real estate, from Schedule A/B........................................................... $ **765,576.00**

   1b. Copy line 62, Total personal property, from Schedule A/B................................................ $ **9,663.00**

   1c. Copy line 63, Total of all property on Schedule A/B........................................................... $ **775,239.00**

### Part 2: Summarize Your Liabilities

**Your liabilities**
Amount you owe

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)
   2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D...*  $ **10,256,909.00**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)
   3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*............................... $ **28,677.00**

   3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*........................... $ **779,535.00**

   **Your total liabilities** $ **11,065,121.00**

### Part 3: Summarize Your Income and Expenses

4. *Schedule I: Your Income* (Official Form 106I)
   Copy your combined monthly income from line 12 of *Schedule I*............................................................ $ **6,750.00**

5. *Schedule J: Your Expenses* (Official Form 106J)
   Copy your monthly expenses from line 22c of *Schedule J*................................................................. $ **7,354.00**

### Part 4: Answer These Questions for Administrative and Statistical Records

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**
   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

   ■ Yes

7. **What kind of debt do you have?**

   ☐ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ■ **Your debts are not primarily consumer debts**. You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Debtor 1 **David Morgan Van Wie**     Case number *(if known)* **18-62424-tmr7**

8. **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.    $ _____

9. **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ 7,312.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ 21,365.00 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ 0.00 |
| 9d. Student loans. (Copy line 6f.) | $ 0.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ 0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ 0.00 |
| 9g. **Total.** Add lines 9a through 9f. | $ 28,677.00 |

| | | | **Fill in this information to identify your case:** | | | | |
|---|---|---|---|---|---|---|---|

Debtor 1    **David Morgan Van Wie**
          First Name       Middle Name       Last Name

Debtor 2
(Spouse if, filing)   First Name       Middle Name       Last Name

United States Bankruptcy Court for the:    DISTRICT OF OREGON-CH.7

Case number   **18-62424-tmr7**
(if known)

■ Check if this is an amended filing

## Official Form 106D
## Schedule D: Creditors Who Have Claims Secured by Property     12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

    ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

    ■ Yes. Fill in all of the information below.

**Part 1: List All Secured Claims**

**2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion<br>If any |
|---|---|---|---|---|
| **2.1** **Bank of America**<br>Creditor's Name<br><br>**POB 31785**<br>**Tampa, FL 33631-3785**<br>Number, Street, City, State & Zip Code<br><br>**Who owes the debt?** Check one.<br>■ Debtor 1 only<br>☐ Debtor 2 only<br>☐ Debtor 1 and Debtor 2 only<br>☐ At least one of the debtors and another<br>☐ Check if this claim relates to a community debt<br><br>Date debt was incurred   **2017** | **Describe the property that secures the claim:**<br>**2086 Potter St. Eugene, OR 97405 Lane County**<br><br>As of the date you file, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Nature of lien.** Check all that apply.<br>■ An agreement you made (such as mortgage or secured car loan)<br>☐ Statutory lien (such as tax lien, mechanic's lien)<br>☐ Judgment lien from a lawsuit<br>☐ Other (including a right to offset) _____<br><br>Last 4 digits of account number   **5640** | $507,061.00 | $765,576.00 | $0.00 |
| | | | Correcting Amount of Debt | |
| **2.2** **Cach LLC**<br>Creditor's Name<br><br>**6801 S. Cimarron Road #424H**<br>**Las Vegas, NV 89113**<br>Number, Street, City, State & Zip Code<br><br>**Who owes the debt?** Check one.<br>■ Debtor 1 only<br>☐ Debtor 2 only<br>☐ Debtor 1 and Debtor 2 only<br>☐ At least one of the debtors and another<br>☐ Check if this claim relates to a community debt<br><br>Date debt was incurred _____ | **Describe the property that secures the claim:**<br>**2086 Potter St. Eugene, OR 97405 Lane County**<br><br>As of the date you file, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Nature of lien.** Check all that apply.<br>☐ An agreement you made (such as mortgage or secured car loan)<br>☐ Statutory lien (such as tax lien, mechanic's lien)<br>■ Judgment lien from a lawsuit<br>☐ Other (including a right to offset) _____<br><br>Last 4 digits of account number _____ | $14,193.00 | $765,576.00 | $14,193.00 |
| | | | Adding Creditor | |

| | | | |
|---|---|---|---|
| Debtor 1 | **David Morgan Van Wie** | Case number (if know) | **18-62424-tmr7** |
| | First Name   Middle Name   Last Name | | |

| 2.3 | **Lane County Assessment & Taxation** | Describe the property that secures the claim: | $0.00 | $765,576.00 | $0.00 |
|---|---|---|---|---|---|
| | Creditor's Name | **2086 Potter St. Eugene, OR 97405 Lane County** | | | |

**125 East 8th Ave.**
**Eugene, OR 97401**
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Correcting Amount of Debt

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
■ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Date debt was incurred**  **11/2017**        **Last 4 digits of account number**  **5478**

| | |
|---|---|
| Add the dollar value of your entries in Column A on this page. Write that number here: | **$521,254.00** |
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | **$521,254.00** |

**Part 2:** **List Others to Be Notified for a Debt That You Already Listed**

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

☐ Name, Number, Street, City, State & Zip Code
**Cach LLC**
**c/o Mandarin Law Group**
**9200 Oakdalen Avenue #601**
**Chatsworth, CA 91311**

On which line in Part 1 did you enter the creditor?  **2.2**
Last 4 digits of account number ___

☐ Name, Number, Street, City, State & Zip Code
**Clear Recon Corp.**
**TS No. 061729-OR**
**111 SW Columbia St., #950**
**Portland, OR 97201**

On which line in Part 1 did you enter the creditor?  **2.1**
Last 4 digits of account number  **29OR**

☐ Name, Number, Street, City, State & Zip Code
**Lane County Circuit Court**
**Case No. 15CV09322**
**125 East Eighth Avenue**
**Eugene, OR 97401**

On which line in Part 1 did you enter the creditor?  **2.2**
Last 4 digits of account number ___

| | Fill in this information to identify your case: |
|---|---|

| Debtor 1 | **David Morgan Van Wie** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF OREGON-CH.7 | | |
| Case number (if known) | 18-62424-tmr7 | | |

■ Check if this is an amended filing

## Official Form 106E/F
### Schedule E/F: Creditors Who Have Unsecured Claims 12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

### Part 1: List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**
   ☐ No. Go to Part 2.
   ■ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|---|
| 2.1 | **State of Oregon** Priority Creditor's Name **Bureau of Labor & Industries 800 NE Oregon St., #1045 Portland, OR 97232** Number Street City State Zip Code | Last 4 digits of account number **1448** When was the debt incurred? | $5,988.00 | $0.00 | $5,988.00 |

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Correcting Amount of Priority Debt

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____
**wage claim filed by William N. Wilkins**

### Part 2: List All of Your NONPRIORITY Unsecured Claims

3. **Do any creditors have nonpriority unsecured claims against you?**
   ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
   ■ Yes.

4. **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

**Total claim**

| Debtor 1 | David Morgan Van Wie | Case number (if know) | 18-62424-tmr7 |
|---|---|---|---|

### 4.1
**Alexander Goldberg**
Nonpriority Creditor's Name
c/o Kingsley & Kingsley, APC
No. 56-2017-00496057-CU-OE-VTA
16133 Ventura Blvd., Suite 1200
Encino, CA 91436
Number Street City State ZIp Code

Last 4 digits of account number   **EVTA**     $369,355.00

When was the debt incurred?   **5/2/2018**

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Moving Creditor From "D" to "E/F".

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Judgment**

### 4.2
**Sierra Springs**
Nonpriority Creditor's Name
POB 660579
Dallas, TX 75266-0579
Number Street City State ZIp Code

Last 4 digits of account number     $539.00

When was the debt incurred?

**Who incurred the debt?** Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Adding Creditor

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **water delivery services**

### Part 3: List Others to Be Notified About a Debt That You Already Listed

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

Name and Address
**Kingsley & Kingsley, APC**
**16133 Ventura Blvd., Suite 1200**
**Encino, CA 91436**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.1** of (Check one):
- ☐ Part 1: Creditors with Priority Unsecured Claims
- ■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number     **EVTA**

Name and Address
**Ventura County Superior Court**
**No.  56-2017-00496057-CU-OE-VTA**
**POB 6489**
**Ventura, CA 93006**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.1** of (Check one):
- ☐ Part 1: Creditors with Priority Unsecured Claims
- ■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number     **EVTA**

Name and Address
**William N. Wilkins**
**709 Vest Dr.**
**Warrensburg, MO 64093**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **2.7** of (Check one):
- ■ Part 1: Creditors with Priority Unsecured Claims
- ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number     **1448**

### Part 4: Add the Amounts for Each Type of Unsecured Claim

Debtor 1   **David Morgan Van Wie**　　　　　　　　　　　　　　Case number (if know)   **18-62424-tmr7**

6. **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.**

|  |  |  | | **Total Claim** |
|---|---|---|---|---|
| Total claims from Part 1 | 6a. | **Domestic support obligations** | 6a. | $ 0.00 |
|  | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $ 5,988.00 |
|  | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $ 0.00 |
|  | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $ 0.00 |
|  | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $ 5,988.00 |

|  |  |  | | **Total Claim** |
|---|---|---|---|---|
| Total claims from Part 2 | 6f. | **Student loans** | 6f. | $ 0.00 |
|  | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ 0.00 |
|  | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ 0.00 |
|  | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ 369,894.00 |
|  | 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ 369,894.00 |

**Fill in this information to identify your case:**

Debtor 1     **David Morgan Van Wie**
             First Name         Middle Name         Last Name

Debtor 2
(Spouse if, filing)    First Name         Middle Name         Last Name

United States Bankruptcy Court for the:    DISTRICT OF OREGON-CH.7

Case number    **18-62424-tmr7**
(if known)

☐ Check if this is an amended filing

Official Form 106H
# Schedule H: Your Codebtors      12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.

☐ No
■ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

☐ No. Go to line 3.
■ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

     ■ No
     ☐ Yes.

In which community state or territory did you live?    **-NONE-**    . Fill in the name and current address of that person.

_____
Name of your spouse, former spouse, or legal equivalent
Number, Street, City, State & Zip Code

**3.** In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.

| | *Column 1:* **Your codebtor**<br>Name, Number, Street, City, State and ZIP Code | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.1 | **Aventurine Capital Management, LLC**<br>**2086 Potter St.**<br>**Eugene, OR 97405** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.1**__<br>☐ Schedule G _____<br>**Alexander Goldberg** |
| 3.2 | **Aventurine Capital Management, LLC**<br>**2086 Potter St.**<br>**Eugene, OR 97405** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.35**__<br>☐ Schedule G _____<br>**Tom Nivison** |

| Debtor 1 | David Morgan Van Wie | Case number *(if known)* | 18-62424-tmr7 |

**Additional Page to List More Codebtors**

| | *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|---|
| 3.3 | **Aventurine Capital Management, LLC**<br>**2086 Potter St.**<br>**Eugene, OR 97405** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.15**__<br>☐ Schedule G _____<br>**Gordon Rees et al** |
| 3.4 | **Aventurine Capital Management, LLC**<br>**2086 Potter St.**<br>**Eugene, OR 97405** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.11**__<br>☐ Schedule G _____<br>**Drake's Bay** |
| 3.5 | **Aventurine Capital Management, LLC**<br>**2086 Potter St.**<br>**Eugene, OR 97405** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.19**__<br>☐ Schedule G _____<br>**Heritage Ventures** |
| 3.6 | **Aventurine Capital Management, LLC**<br>**2086 Potter St.**<br>**Eugene, OR 97405** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.32**__<br>☐ Schedule G _____<br>**Renvent, LLC** |
| 3.7 | **Aventurine Capital Management, LLC**<br>**2086 Potter St.**<br>**Eugene, OR 97405** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.18**__<br>☐ Schedule G _____<br>**GuidePoint Law** |
| 3.8 | **Aventurine Capital Management, LLC**<br>**2086 Potter St.**<br>**Eugene, OR 97405** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.9**__<br>☐ Schedule G _____<br>**Daniel Meyers** |
| 3.9 | **Aventurine Capital Management, LLC**<br>**2086 Potter St.**<br>**Eugene, OR 97405** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.8**__<br>☐ Schedule G _____<br>**Comcast** |
| 3.10 | **Aventurine Capital Management, LLC**<br>**2086 Potter St.**<br>**Eugene, OR 97405** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.17**__<br>☐ Schedule G _____<br>**Gregory & Elizabeth Davis** |

| | | |
|---|---|---|
| Debtor 1 | David Morgan Van Wie | Case number *(if known)* 18-62424-tmr7 |

**Additional Page to List More Codebtors**

*Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**
Check all schedules that apply:

3.11  **DVW Capital, Inc.**
**2086 Potter St.**
**Eugene, OR 97405**
☐ Schedule D, line _____
■ Schedule E/F, line __2.5__
☐ Schedule G _____
**State of California**

3.12  **DVW Capital, Inc.**
**2086 Potter St.**
**Eugene, OR 97405**
☐ Schedule D, line _____
■ Schedule E/F, line __2.1__
☐ Schedule G _____
**California EDD**

3.13  **DVW Capital, Inc.**
**2086 Potter St.**
**Eugene, OR 97405**
☐ Schedule D, line _____
■ Schedule E/F, line __4.28__
☐ Schedule G _____
**National Registered Agents, Inc.**

3.14  **DVW Capital, Inc.**
**2086 Potter St.**
**Eugene, OR 97405**
☐ Schedule D, line _____
■ Schedule E/F, line __2.2__
☐ Schedule G _____
**City of Tacoma**

3.15  **DVW Capital, Inc.**
**2086 Potter St.**
**Eugene, OR 97405**
☐ Schedule D, line _____
■ Schedule E/F, line __4.16__
☐ Schedule G _____
**Graham Landscape & Design**

3.16  **DVW Capital, Inc.**
**2086 Potter St.**
**Eugene, OR 97405**
☐ Schedule D, line _____
■ Schedule E/F, line __4.13__
☐ Schedule G _____
**Farmer's Group, Inc.**

3.17  **DVW Capital, Inc.**
**2086 Potter St.**
**Eugene, OR 97405**
☐ Schedule D, line _____
■ Schedule E/F, line __4.4__
☐ Schedule G _____
**Capital One**

3.18  **DVW Capital, Inc.**
**2086 Potter St.**
**Eugene, OR 97405**
☐ Schedule D, line _____
■ Schedule E/F, line __2.7__
☐ Schedule G _____
**State of Oregon**

**Additional Page to List More Codebtors**

| | *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|---|
| 3.19 | **DVW Capital, Inc.** **2086 Potter St.** **Eugene, OR 97405** | ☐ Schedule D, line ____ ■ Schedule E/F, line **4.23** ☐ Schedule G ____ **Lane County Circuit Court** |
| 3.20 | **DVW Capital, Inc.** **2086 Potter St.** **Eugene, OR 97405** | ☐ Schedule D, line ____ ■ Schedule E/F, line **4.24** ☐ Schedule G ____ **Lane County Circuit Court** |
| 3.21 | **DVW Capital, Inc.** **2086 Potter St.** **Eugene, OR 97405** | ☐ Schedule D, line ____ ■ Schedule E/F, line **4.25** ☐ Schedule G ____ **Lane County Circuit Court** |
| 3.22 | **DVW Capital, Inc.** **2086 Potter St.** **Eugene, OR 97405** | ☐ Schedule D, line ____ ■ Schedule E/F, line **2.8** ☐ Schedule G ____ **State of Oregon** |
| 3.23 | **DVW Capital, Inc.** **2086 Potter St.** **Eugene, OR 97405** | ☐ Schedule D, line ____ ■ Schedule E/F, line **4.14** ☐ Schedule G ____ **FasTrak** |
| 3.24 | **DVW Capital, Inc.** **2086 Potter St.** **Eugene, OR 97405** | ☐ Schedule D, line ____ ■ Schedule E/F, line **4.10** ☐ Schedule G ____ **Diamond Parking Services, LLC** |
| 3.25 | **Gregory & Elizabeth Davis** **21626 Panorama Drive** **Golden, CO 80401** | ☐ Schedule D, line ____ ■ Schedule E/F, line **4.8** ☐ Schedule G ____ **Comcast** |
| 3.26 | **Gregory & Elizabeth Davis** **21626 Panorama Drive** **Golden, CO 80401** | ☐ Schedule D, line ____ ■ Schedule E/F, line **2.5** ☐ Schedule G ____ **State of California** |

Debtor 1 **David Morgan Van Wie**      Case number *(if known)* **18-62424-tmr7**

**Additional Page to List More Codebtors**

| | *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|---|
| 3.27 | **Sydney Marie Claire Plavins**<br>**P.O. Box 5610**<br>**Eugene, OR 97405** | ■ Schedule D, line __**2.3**__<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**CSO Financial, Inc.** |
| 3.28 | **Sydney Marie Claire Plavins**<br>**PO Box 5610**<br>**Eugene, OR 97405** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.1**__<br>☐ Schedule G _____<br>**Alexander Goldberg** |
| 3.29 | **Sydney Marie Claire Plavins**<br>**PO Box 5610**<br>**Eugene, OR 97405** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.11**__<br>☐ Schedule G _____<br>**Drake's Bay** |
| 3.30 | **Sydney Marie Claire Plavins**<br>**PO Box 5610**<br>**Eugene, OR 97405** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.15**__<br>☐ Schedule G _____<br>**Gordon Rees et al** |
| 3.31 | **Sydney Marie Claire Plavins**<br>**PO Box 5610**<br>**Eugene, OR 97405** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.19**__<br>☐ Schedule G _____<br>**Heritage Ventures** |
| 3.32 | **Sydney Marie Claire Plavins**<br>**PO Box 5610**<br>**Eugene, OR 97405** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.32**__<br>☐ Schedule G _____<br>**Renvent, LLC** |
| 3.33 | **Sydney Marie Claire Plavins**<br>**PO Box 5610**<br>**Eugene, OR 97405** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.18**__<br>☐ Schedule G _____<br>**GuidePoint Law** |
| 3.34 | **Sydney Marie Claire Plavins**<br>**PO Box 5610**<br>**Eugene, OR 97405** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.9**__<br>☐ Schedule G _____<br>**Daniel Meyers** |

| Debtor 1 | David Morgan Van Wie | Case number *(if known)* | 18-62424-tmr7 |

**Additional Page to List More Codebtors**

| | *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|---|
| 3.35 | **Sydney Marie Claire Plavins** <br> **PO Box 5610** <br> **Eugene, OR 97405** | ☐ Schedule D, line _____ <br> ■ Schedule E/F, line __**4.8**__ <br> ☐ Schedule G _____ <br> **Comcast** |
| 3.36 | **Sydney Marie Claire Plavins** <br> **PO Box 5610** <br> **Eugene, OR 97405** | ☐ Schedule D, line _____ <br> ■ Schedule E/F, line __**2.5**__ <br> ☐ Schedule G _____ <br> **State of California** |
| 3.37 | **Tom Nivison** <br> **4914 N. 10th St.** <br> **Tacoma, WA 98406** | ☐ Schedule D, line _____ <br> ■ Schedule E/F, line __**4.11**__ <br> ☐ Schedule G _____ <br> **Drake's Bay** |
| 3.38 | **Tom Nivison** <br> **4914 N. 10th St.** <br> **Tacoma, WA 98406** | ☐ Schedule D, line _____ <br> ■ Schedule E/F, line __**4.15**__ <br> ☐ Schedule G _____ <br> **Gordon Rees et al** |
| 3.39 | **Tom Nivison** <br> **4914 N. 10th St.** <br> **Tacoma, WA 98406** | ☐ Schedule D, line _____ <br> ■ Schedule E/F, line __**4.19**__ <br> ☐ Schedule G _____ <br> **Heritage Ventures** |
| 3.40 | **Tom Nivison** <br> **4914 N. 10th St.** <br> **Tacoma, WA 98406** | ☐ Schedule D, line _____ <br> ■ Schedule E/F, line __**4.32**__ <br> ☐ Schedule G _____ <br> **Renvent, LLC** |
| 3.41 | **Tom Nivison** <br> **4914 N. 10th St.** <br> **Tacoma, WA 98406** | ☐ Schedule D, line _____ <br> ■ Schedule E/F, line __**4.18**__ <br> ☐ Schedule G _____ <br> **GuidePoint Law** |
| 3.42 | **Tom Nivison** <br> **4914 N. 10th St.** <br> **Tacoma, WA 98406** | ☐ Schedule D, line _____ <br> ■ Schedule E/F, line __**4.9**__ <br> ☐ Schedule G _____ <br> **Daniel Meyers** |

**Additional Page to List More Codebtors**

| | *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.43 | **Tom Nivison**<br>**4914 N. 10th St.**<br>**Tacoma, WA 98406** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.8**__<br>☐ Schedule G _____<br>**Comcast** |
| 3.44 | **Tom Nivison**<br>**4914 N. 10th St.**<br>**Tacoma, WA 98406** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**2.5**__<br>☐ Schedule G _____<br>**State of California** |

| **Fill in this information to identify your case:** | | | |
|---|---|---|---|
| Debtor 1 | **David Morgan Van Wie** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF OREGON-CH.7 | | |
| Case number (if known) | 18-62424-tmr7 | | |

☐ Check if this is an amended filing

Official Form 106Dec
# Declaration About an Individual Debtor's Amended Schedules
12/15

**If two married people are filing together, both are equally responsible for supplying correct information.**

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person _____   Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

**Under penalty of perjury, I declare that I have read the Amended Summary of Schedules and Amended Schedules "D" and "E/F" filed with this declaration and that they are true and correct to the best or my knowledge and belief..**

X **/s/ David Morgan Van Wie**
**David Morgan Van Wie**
Signature of Debtor 1

X _____
Signature of Debtor 2

Date **October 8, 2018**

Date _____

Official Form 106Dec   **Declaration About an Individual Debtor's Schedules**

Cach LLC
6801 S. Cimarron Road #424H
Las Vegas, NV 89113

.

Cach LLC
c/o Mandarin Law Group
9200 Oakdalen Avenue #601
Chatsworth, CA 91311

Lane County Circuit Court
Case No. 15CV09322
125 East Eighth Avenue
Eugene, OR 97401

Sierra Springs
POB 660579
Dallas, TX 75266-0579